EDMUND D. COOK, INCORPORATED, A BODY CORPORATE, PLAINTIFF-RESPONDENT, v. COMMERCIAL CASUALTY INSURANCE COMPANY, LIKEWISE A BODY CORPO-RATE, DEFENDANT-APPELLANT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *William A. Moore.*

For the respondent, *Hervey S. Moore.*

PER CURIAM.

Such of the grounds of appeal as exhibit claimed errors of law in the judgment under review are without substance. As to these, it suffices to say that Judge Oliphant properly construed the condition of the bond in suit. And there was evidence of a breach.

The judgment is accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.